CAUSEWAY MEDICAL SUITE; Bossier City Medical Center; Hope Medical Group for Women; Delta Women's Clinic; Women's Health Clinic;

James Deguerce, M.D., on behalf of themselves and the patients they serve; A. James Whitmore, III, M.D., on behalf of themselves and the patients they serve, Plaintiffs–Appellees,

v.

Murphy J. FOSTER, Jr., Governor of the State of Louisiana; Richard P. Ieyoub, Attorney General of State of Louisiana, in their official capacities and their agents and successors, Defendants–Appellants.

No. 99–30324.

United States Court of Appeals, Fifth Circuit.

Aug. 17, 2000.

Simon Lawrence Heller (argued), Priscilla Joyce Smith, Center for Reproductive Law & Policy, New York City, William E. Rittenberg, Rittenberg & Samuel, New Orleans, LA, for Plaintiffs–Appellees.

Dorinda C. Bordlee (argued), Metairie, LA, Roy A. Mongrue, Jr., Asst. Atty. Gen., Baton Rouge, LA, for Defendants–Appellants.

Nikolas Theodore Nikas, Americans United for Life, Scottsdale, AZ, for Donelon and Casanova.

John S. Baker, Jr., LSU Law Center, Baton Rouge, LA, pro se.

Paul Benjamin Linton, Northbrook, IL, for New Orleans Right to Life Educational Foundation Inc., Amicus Curiae.

Terry Anne O'Neill, Tulane law Clinic, New Orleans, LA, for The American Civil Liberties Union Foundation of Louisiana, Louisiana Chapter of the National Organization for Women and Planned Parenthood of Louisiana Inc., Amicus Curiae.

Before JOLLY and DENNIS, Circuit Judges, and DOWD,* District Judge.

* District Judge of the Northern District of Ohio, sitting by designation.

E. GRADY JOLLY, Circuit Judge:

In the light of the Supreme Court's recent decision in *Stenberg v. Carhart,* —— U.S. ——, 120 S.Ct. 2597, 147 L.Ed.2d 743 (2000), the judgment of the district court is AFFIRMED. The State of Louisiana's motion to certify a question to the Louisiana Supreme Court regarding the construction of La. Act 906 of 1997 (La.Rev. Stat.Ann. § 14:32.9 (West 2000)) is DENIED.

JUDGMENT AFFIRMED; MOTION DENIED.